NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: CRAY INC.,**
*Petitioner*

---

2017-129

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:15-cv-01554-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

Cray Inc. submits a petition for a writ of mandamus directing the United States District Court for the Eastern District of Texas to transfer this case to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. § 1406(a).

Upon consideration thereof,

IT IS ORDERED THAT:

Raytheon Company is directed to respond to the petition within seven days of the date of this order. Any reply is due within three days of Raytheon's response.

2                                                                    IN RE: CRAY INC.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s19