# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

———————

No. 2017-129

———————

IN RE: CRAY INC.,

*Petitioner.*

———————

*On Petition for Writ of Mandamus to the United States District Court of the Eastern District of Texas in No. 2:15-cv-01554-JRG, Judge J. Rodney Gilstrap*

———————

**MOTION OF AMICUS CURIAE HIGH TECH INVENTORS ALLIANCE FOR TWO-DAY EXTENSION OF TIME TO FILE AN AMICUS BRIEF IN SUPPORT OF PETITIONER**

———————

Pursuant to Federal Circuit Rule 26(b) and Federal Rule of Appellate Procedure 26(b), the High Tech Inventors Alliance ("HTIA") respectfully requests a two-day extension of time to file an amicus brief in support of Petitioner Cray Inc. As described below, the parties consent to HTIA's requested extension.

Petitioner Cray Inc. filed its mandamus petition on July 17, 2017, triggering a July 24 deadline for supporting amicus briefs. *See* Fed. R. App. P. 29(a)(6). On July 18, the Court directed Respondent Raytheon Company to respond to the petition within seven days of the Court's order. We understand that Raytheon is or will be seeking an extension of time to file its response, and we understand that Petitioner Cray does not oppose Raytheon's extension. Because of the shortness of

time and in order to prepare a better amicus brief to assist the Court, HTIA requests that, if Raytheon is granted an extension for its response, HTIA also be granted a two-day extension of time to file an amicus brief, from July 24 to July 26, 2017.

As noted, both Petitioner and Respondent have consented to this motion. HTIA has not previously requested an extension of time in this matter. This motion could not have been filed at least seven days before July 24 because the Court called for a response on July 18 which was already less than seven days from July 24. *See* Fed. Cir. Rule 26(b)(1) (an extension request may be made less than seven days in advance in "extraordinary circumstances"). A two-day extension of time would not delay this proceeding if the Court grants the Respondent's request for an extension of time to file its response to the petition.[1] *See* Exhibit A (Thorne Decl.).

---

[1] If this Court denies the Raytheon Company's motion for an extension, HTIA will withdraw this motion.

<div style="display: flex;">

Dated: July 20, 2017

Respectfully submitted,

/s/ John Thorne
John Thorne
Daniel S. Guarnera

KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999

*Counsel for Amicus HTIA*

</div>

# EXHIBIT A

NITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

―――――――――

No. 2017-129

―――――――――

IN RE: CRAY INC.,

*Petitioner.*

―――――――――

*On Petition for Writ of Mandamus to the United States District Court of the Eastern District of Texas in No. 2:15-cv-01554-JRG, Judge J. Rodney Gilstrap*

―――――――――

**DECLARATION OF JOHN THORNE**

―――――――――

I, John Thorne, declare as follows:

1. I am a partner in the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., in Washington, D.C., and counsel for amicus curiae the High Tech Inventors Alliance ("HTIA") in connection with this matter.

2. I make this declaration as required by Federal Circuit Rule 26(b)(1) in support of HTIA's Motion for an Extension of Time to show cause for an extension sought fewer than seven days before the date to be extended.

3. Petitioner Cray Inc. filed its petition for a writ of mandamus on July 17, 2017. Since this petition is the "principal brief" that HTIA seeks to support as an amicus, HTIA's amicus brief would be due seven days after July 17 (*i.e.*, July 24) under Federal Rule of Appellate Procedure 29(a)(6). Complying with Federal

Circuit Rule 26(b)'s requirement that motions seeking an extension be filed at least seven days before the original filing date would have been difficult or impossible given the shortness of time. When, on July 18, the Court called for a response from Respondent Raytheon it was already less than seven days from July 24. I was engaged to represent HTIA on this matter today, and could not have filed this request sooner.

4. Additionally, on July 24, 2017—the default amicus brief filing deadline—I will be in a previously scheduled full-day hearing in federal court in Norfolk, Virginia. For this reason, it would be burdensome for me to file our amicus brief on July 24.

5. My colleague Daniel Guarnera and I have conferred with counsel for both Petitioner Cray Inc. and Respondent Raytheon Company, and they consent to HTIA's requested two-day extension on the condition that this Court grants Raytheon Company's unopposed motion to extend its own time to file its response to the petition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 20, 2017        /s/ John Thorne
                             John Thorne

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 2017-129

CERTIFICATE OF INTEREST

Counsel for Amicus Curiae the High Tech Inventors Alliance certifies the following:

1.  The full name of the amici represented by me is:

**High Tech Inventors Alliance**

2.  The names of the real parties in interest represented by me are:

**N/A**

3.  All parent corporations and any publicly held companies that own 10% or more of the stock of the parties or amici represented by me are:

**The High Tech Inventors Alliance ("HTIA") is a non-stock, nonprofit corporation organized and operated exclusively as a business league within the meaning of 501(c)(6) of the United States Internal Revenue Code. Because it is a non-stock, nonprofit corporation, no parent corporations or publicly held companies own 10% or more of its stock.**

**HTIA's members are as follows: Adobe Systems, Inc.; Amazon.com, Inc.; Cisco Systems, Inc.; Dell Inc.; Google Inc.; Intel Corporation; Oracle Corporation; and salesforce.com, inc.**

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

**None appeared in the district court in this litigation. John Thorne, Ariela M. Migdal, and Daniel S. Guarnera are expected to appear in this Court on behalf of Amicus the High Tech Inventors Alliance.**

July 20, 2017                          /s/ John Thorne
                                        Signature of counsel

                                        John Thorne
                                        Printed Name of Counsel

# CERTIFICATE OF SERVICE

On July 20, 2017, a true and accurate copy of this document was filed electronically with the Clerk of Court using CM/ECF and was served via the CM/ECF system on counsel of record.

<u>/s/ John Thorne</u>

John Thorne
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because it contains 284 words, excluding the parts of the motion exempted by the Federal Rules of Appellate Procedure.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), which are incorporated into Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 2013 in 14 point, Times New Roman.

/s/ John Thorne
John Thorne

July 20, 2017