NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**In re: CRAY INC.,**
*Petitioner*

―――――――――――

2017-129

―――――――――――

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:15-cv-01554-JRG, Judge J. Rodney Gilstrap.

―――――――――――

**ON MOTION**

―――――――――――

PER CURIAM.

# O R D E R

The parties jointly move for an extension of time, until August 1, 2017, to file the response to Cray Inc.'s mandamus petition, and an extension of time, until August 8, 2017, to file the reply. High Tech Inventors Alliance also moves with the consent of the parties for an extension of time, until July 26, 2017, to file an amicus brief in support of the petition.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

2                                                         IN RE: CRAY INC.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

s19